UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | CRIM. NO. 3:17−cr−00123−AVC−1 |
| | : | |
| | : | |
| PETER RESSLER | : | JUNE 23, 2020 |

**CONSENT MOTION TO WITHDRAW**
**MOTION FOR COMPASSIONATE RELEASE WITHOUT PREJUDICE**

On March 24, 2020, the defendant, PETER RESSLER, filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act ("FSA"), Pub. L. 115-391, § 603(b), 132 Stat. 5194, 5239 (eff. 12/21/2018).  *See* Doc. #124.  Mr. Ressler filed memoranda in support of the motion, and the Government filed a response.  *See* Doc. ##125, 128, 129.

The parties subsequently filed Joint Notices on May 3, 2020 and May 11, 2020 requesting that the Court take no action on the pending motion for compassionate release, pending confirmation of Mr. Ressler's custody status at the BOP and further discussions between the parties concerning the appropriate resolution of the pending motion.  *See* Docs ## 130, 131.

On June 19, the Court issued an order requesting a status report from the parties.  *See* Doc. #132.

By this motion, and without objection from the Government, Mr. Ressler hereby moves to withdraw his pending motion for compassionate release, Doc. #124, including all supporting memoranda, *see* Doc. ##125 & 129, without prejudice, due to the fact that he has been released by the Bureau of Prisons (BOP) to home confinement for the

balance of his sentence.  Mr. Ressler is requesting that the motion be withdrawn "without prejudice" to account for the possibility, however unlikely, that the COVID-19 pandemic will lift and the BOP policy changes in manner that leads to his return to custody.  Should this occur in the future, Mr. Ressler reserves the right to re-file a motion for compassionate release.

The Government has no objection to this motion.

WHEREFORE, Mr. Ressler respectfully requests that the Court grant his motion to withdraw his pending motion for compassionate release, Doc. #124, including all supporting memoranda, Doc. ##125 & 129, without prejudice.

                Respectfully submitted,

*/s/ Robert M. Frost, Jr.*
Robert M. Frost, Jr. (ct 19771)

   FROST BUSSERT, LLC
   350 Orange Street, Suite 100
   New Haven, CT 06511
   Tel:     (203) 495-9790
   Fax:    (203) 495-9795
   Email:  rmf@frostbussert.com

   ATTORNEY FOR DEFENDANT
   PETER RESSLER

## **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated at Guilford, Connecticut on this 23rd day of June, 2020.


                                         */s/ Robert M. Frost, Jr.*
                                         Robert M. Frost, Jr.